## SEIBERT *v.* UNITED STATES *ex rel.* HARSHMAN.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF MISSOURI.

No. 130. Submitted December 18, 1888. — Decided January 21, 1889.

*Seibert* v. *Lewis*, 122 U. S. 284, was very carefully and elaborately considered, and is adhered to.

THE case is stated in the opinion.

*Mr. E. John Ellis, Mr. John Johns* and *Mr. D. A. Mc-Knight* for plaintiff in error.

*Mr. Clinton Rowell* for defendant in error.

MR. JUSTICE FIELD delivered the opinion of the court.

The facts of this case are similar to those in *Seibert* v. *Lewis*, before the court at its October term, 1886, 122 U. S. 284, and it is admitted by the counsel for the plaintiff in error that the decision there, if adhered to, will control here. He, however, asks us to reconsider our rulings and reverse our former judgment. We see no reason to justify such reconsideration and change of position. The very elaborate argument of counsel is but a re-presentation of the reasons originally offered against the decision in that and analogous cases. *Seibert* v. *Lewis* was very carefully and elaborately considered, and to the doctrines there announced we adhere. Upon its authority

*The judgment of the court below must be affirmed.*